Mark D. Rutter (SBN 058194)
Scott J. Carpenter (SBN 253339)
CARPENTER, ROTHANS & DUMONT
500 S. Grand Ave., 19th Floor
Los Angeles, California 90071
Telephone: (213) 228-0400
Facsimile: (213) 228-0401
Email: mrutter@crdlaw.com | scarpenter@crdlaw.com

Attorneys for Defendants Los Angeles County Sheriff's Department, Los Angeles County Department of Child and Family Services and County of Los Angeles

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOLIE DANSBY, individually, and J.R. and T.R., both minors, by their Guardian ad litem, Jolie Dansby,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, LOS ANGELES COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES, DEPUTY ARMANDO AREVALO (#441870), DEPUTY DANIEL MACHUCA (#503594), DCFS AGENT MARIBEL ROJAS (#486263), AND DOES 1-10, all individuals in both their individual and official capacities,<br><br>Defendants. | Case No.: 2:18-CV-5866-SJO-SKx<br><br>[Assigned to the Hon. S. James Otero]<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served:     July 25, 2018<br>Current response date: August 15, 2018<br>New response date:    Sept. 14, 2018 |

/ / /

1      On July 25, 2018, the complaint of plaintiffs was served on the County of Los
2  Angeles Department of Child and Family Services.  A response is currently due
3  August 15, 2018.  The parties agree that the time for the County of Los Angeles and
4  Los Angeles County Sheriff's Department may be extended a period of 30 days to
5  and including September 14, 2018.

7  DATED: August 15, 2018                     DONALD W. COOK

9                                              By: /s/ Donald W. Cook
10                                             DONALD W. COOK
                                               Attorney for Plaintiffs

12 DATED: August 15, 2018                     CARPENTER, ROTHANS & DUMONT

14                                             By: /s/ Mark D. Rutter
15                                             Mark D. Rutter
                                               Attorneys for Defendants County of Los Angeles
16                                             Department of Child and Family Services

---

2
STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT
BY NOT MORE THAN 30 DAYS (L.R. 8-3)