1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOLIE DANSBY, individually, and J.R. and T.R., both minors, by their Guardian ad litem, Jolie Dansby,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, LOS ANGELES COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES, DEPUTY ARMANDO AREVALO (#441870), DEPUTY DANIEL MACHUCA (#503594), DCFS AGENT MARIBEL ROJAS (#486263), AND DOES 1-10, all individuals in both their individual and official capacities.<br><br>　　　　　Defendants. | Case No.:  2:18-cv-5866-SJO-SKx<br><br>**[Proposed] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR DAMAGES** |

   IT IS HEREBY ORDERED that, following the hearing on the motion to dismiss in the above-entitled matter filed by Defendants County of Los Angeles (the "County"), Los Angeles County Sheriff's Department ("LASD"), and Los Angeles County Department of Children and Family Services ("DCFS"), public entities, and consideration of the papers filed in connection therewith, the Defendant's motion is granted in its entirety.

- 1 -

1     IT IS SO ORDERED.

2

3 DATED:

                                                _____

4                                                Honorable S. James Otero
United States District Court Judge

- 2 -

[Proposed] ORDER GRANTING MOTION TO DISMISS