UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-05866 SJO (SKx) | Date | December 6, 2018 |
|---|---|---|---|
| Title | Jolie Dansby et al v. County of Los Angeles et al | | |

| Present: The Honorable | S. JAMES OTERO | | |
|---|---|---|---|
| Victor Paul Cruz | Not Present | | |
| Deputy Clerk | Court Reporter | | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   IN CHAMBERS RE MANDATORY SCHEDULING CONFERENCE

**The Court vacates the hearing re Mandatory Scheduling Conference set for 12/10/18.  No appearance is required.**

Having reviewed the parties joint status report the Court sets the following schedule:

Jury Trial:            Tuesday, October 29, 2019 @ 9:00 a.m.

Pretrial Conference:   Monday, October 21, 2019 @ 9:00 a.m.

Motion Cutoff:         Monday, August 26, 2019 @ 10:00 a.m.

Discovery Cutoff:      Monday, July 29, 2019.

Last Date to Amend:    Monday, January 7, 2019.

Settlement is referred to the Alternative Dispute Resolution Program for all further proceedings.

All discovery disputes are to be brought before the Magistrate Judge assigned to the case. The parties are reminded of their obligations under Fed. R. Civ. P. 26-1(a) to disclose information without a discovery request.
         Court advises counsel that all Pretrial documents must be filed in compliance with the Court's standing order, including but not limited to:
1.     All Jury Instructions, agreed and opposed;

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-05866 SJO (SKx) | Date | December 6, 2018 |
|---|---|---|---|
| Title | Jolie Dansby et al v. County of Los Angeles et al | | |

2. Verdict Forms;
3. Proposed Voir Dire Questions;
4. Agreed-To Statement of Case;
5. Witness List, listing each witness and time estimates to conduct direct, cross, redirect and recross;
6. Trial Brief and Memorandum of Contentions;
7. Joint Rule 26(f) Report;
8. If Court Trial, file Findings of Fact and Conclusions of Law and summaries of direct testimony at Pretrial Conference;
9. Motions in Limine are to be filed according to Local Rule 7 and will be heard at 9:00 a.m. the first day of trial;
10. Exhibits properly labeled, tagged, and in binders.


cc:     ADR Coordinator




                                                                                                                                   :

Initials of Preparer                   vpc